# Court of Common Pleas of Philadelphia County - Trial Division
## Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**

| **Plaintiff's Name** | **Defendant's Name** |
|---|---|
| PHASE FORWARD INCORPORATED | FEDERAL INSURANCE COMPANY A MEMBER OF CHUBB GROUP OF INSURANCE COMPANIES |

| **Plaintiff's Address** | **Defendant's Address** |
|---|---|
| 1440 Main Street<br>Waltham, MA 02451 | One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103-7301 |

| **Defendant's Name** | **Defendant's Name** |
|---|---|
| | |

| **Defendant's Address** | **Defendant's Address** |
|---|---|
| | |

| **Total Number of Plaintiffs** | **Total No. of Defendants** | **Commencement of Action** |
|---|---|---|
| 1 | 1 | X Complaint   ☐ Petition Action<br>☐ Notice of Appeal   ☐ Transfer From Other Jurisdiction<br>__ Writ of Summons |

| **Amount in Controversy** | **Court Programs** |
|---|---|
| ☐ $50,000.00 or less<br>X More than $50,000.00 | __ Arbitration   ☐ Mass Tort   ☐ Commerce   ☐ Settlement<br>☐ Jury   ☐ Savings Action   ☐ Minor Court Appeal   ☐ Minors<br>X Non-Jury   ☐ Petition   ☐ Statutory Appeals   ☐ W/D/Survival<br>☐ Other |

**CASE TYPE AND CODE (See Instructions)**

**STATUTORY BASIS FOR CAUSE OF ACTION (See Instructions)**

| **RELATED PENDING CASES (List by case caption and docket no.)** | **Is Case Subject to Coordination Order?**<br>Yes   No<br>☐   ☐<br>☐   ☐ |
|---|---|

**TO THE PROTHONOTARY:**

| **Name of Plaintiff's/Petitioner's/Appellant's Attorney**<br><br>Hugh J. Hutchison, Esquire | **Address (See Instructions)**<br>Leonard, Tillery & Sciolla, LLP<br>1515 Market Street, 18th Floor<br>Philadelphia, Pa 19102 |
|---|---|
| **Phone Number**<br>215-567-1530 | **Fax Number**<br>215-564-4611 |

| **Supreme Court Identification No.** 02381 | **E-mail Address** Hhutchison@leonardtillery.com |
|---|---|
| **Signature** | **Date** |