```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
PHASE FORWARD INC.              :      CIVIL ACTION
                                :
        vs.                     :
                                :
FEDERAL INSURANCE COMPANY, et al:      NO. 02-4430
```

O R D E R

**AND NOW, TO WIT:** This     day of November, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**BY:**_____
JAMES McGIRR KELLY, J.

faxed to:                       mailed to:
Craig Russell Blackman, Esq.    Hugh J. Hutchinson, Esq.
11/26/02 - alq


Civ 2 (8/2000)
41.1(b)